DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXANDER BERGER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0505

[May 21, 2026]

Appeal of order denying rule 3.800 and 3.850 motions from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502015CF007731AXXXMB.

Alexander Berger, Gainesville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***